UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO, III

CA 06 131T

v.

C.A. No. 06-

UNITED STATES

APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Arthur D'Amario III, declare that:

1. I have had no income over the past 12 months. I have a savings account at BankRI of $300. I own a '92 Mustang probably worth $1,000. I have no other assets. I do not have a prison job. A copy of my inmate account statement is attached.

2. Based on these same facts, in late 2005 the Third Circuit granted me leave to proceed IFP under the All Writs Act and FRAP 21.

3. I intend to argue and prove that the crime described in the Feb. 8, 1999, search warrant application of Attleboro Police Dept. was committed by Sgt. Collins and Lt. Bussiere of APD, and covered up by my ex-lawyers and ex-FBI document "expert" Alan T. Robillard; that upon submission of evidence that Bussiere's DNA is under the stamps, my conviction in USA v. D'Amario, No. CR 99-024 (DRI), must be expunged.

I declare under penalty of perjury that the foregoing is true.

Executed on: Mar. 13, 2006

Arthur D'Amario, III