# Inmate Statement

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 02989070 | **Current Institution:** | Philadelphia FDC |
| **Inmate Name:** | D'AMARIO, ARTHUR | **Housing Unit:** | 7 SOUTH |
| **Report Date:** | 03/06/2006 | **Living Quarters:** | G02-709U |
| **Report Time:** | 2:17:52 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | 3/5/2006 8:38:23 PM | ITS0305 | | | Phone Withdrawal | ($5.00) | | $86.95 |
| PHL | 3/3/2006 8:53:03 AM | 33 | | | Sales | ($35.75) | | $91.95 |
| PHL | 3/2/2006 5:24:38 PM | ITS0302 | | | Phone Withdrawal | ($10.00) | | $127.70 |
| PHL | 2/24/2006 9:23:58 AM | 45 | | | Sales | ($12.30) | | $137.70 |
| PHL | 2/23/2006 5:22:33 AM | 70152001 | | | Lockbox - CD | $150.00 | | $150.00 |
| PHL | 2/22/2006 5:29:03 AM | TX022206 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| 1 | | | | | | | | |

**Total Transactions: 6**

**Totals:** **$86.95** **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | $86.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $86.95 |
| **Totals:** | **$86.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$86.95** |

CASE MANAGER, Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 U.S.C. § 4004).

# Deposits

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 02989070 | **Current Institution:** | Philadelphia FDC |
| **Inmate Name:** | D'AMARIO, ARTHUR | **Housing Unit:** | 7 SOUTH |
| **Report Date:** | 03/06/2006 | **Living Quarters:** | G02-709U |
| **Report Time:** | 2:14:22 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 2/23/2006 5:22:33 AM | AMSERVICE | Lockbox - CD | $150.00 | 70152001 | |

1

CASE MANAGER,
Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 U.S.C. § 4004).

# All Transactions

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 02989070 | **Current Institution:** | Philadelphia FDC |
| **Inmate Name:** | D'AMARIO, ARTHUR | **Housing Unit:** | 7 SOUTH |
| **Report Date:** | 03/06/2006 | **Living Quarters:** | G02-709U |
| **Report Time:** | 2:14:45 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 3/5/2006 8:38:23 PM | AMService | Phone Withdrawal | ($5.00) | ITS0305 | | $86.95 |
| 3/3/2006 8:53:03 AM | PHL4552 | Sales | ($35.75) | 33 | | $91.95 |
| 3/2/2006 5:24:38 PM | AMService | Phone Withdrawal | ($10.00) | ITS0302 | | $127.70 |
| 2/24/2006 9:23:58 AM | PHL4552 | Sales | ($12.30) | 45 | | $137.70 |
| 2/23/2006 5:22:33 AM | AMSERVICE | Lockbox - CD | $150.00 | 70152001 | | $150.00 |
| 2/22/2006 5:29:03 AM | SENTRY | Transfer - In from TRUFACS | $0.00 | TX022206 | | $0.00 |

1

CASE MANAGER,
Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 U.S.C. § 4004)

**FPS-077** **DATE: November 29, 2005**

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No. 05-5224**

In Re: DeAmerio

To:Clerk

1) Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: November 30, 2005
CRG/cc: Mr. Arthur D'Amario III
George S. Leone, Esq.