**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Arthur D'Amario,
Petitioner

v. CA06-131T

United States of America,
Defendant

# ORDER

All of the judges in the District of Rhode Island are recused from presiding over this case. Accordingly, the case shall be transferred to the District of New Hampshire.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. §636(f). I therefore concur in the assignment of a magistrate judge from the District of New Hampshire to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 4/6/06

## Concurring Order

I concur that an emergency exists as specified in the above and that for the duration of this case Magistrate Judge ____________________ is assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

________________________________
Chief Judge, Assignee District