David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

May 2, 2006

Arthur D'Amario, III

vs.

CA 06-131T

United States of America

# NOTICE

Due to the recusal of all Judges in both Rhode Island and New Hampshire, the above-captioned case has been referred to the District of Maine for assignment of a judge sitting by designation.

Pursuant to the provisions of Rhode Island LR Gen 106 (b), all original documents will be filed with the Clerk, District of Rhode Island, and copies shall be filed with the Clerk, District of Maine. The case caption on all documents filed shall bear the file numbers of both courts.

David A. DiMarzio, Clerk
United Stated District Court
District of Rhode Island