# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **ARTHUR D'AMARIO III** | * | |
| | * | |
| **Plaintiff** | * | **CIVIL ACTION** |
| | * | **NO. 06-93-P-H** |
| | * | |
| **v.** | * | |
| | * | |
| **USA** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

## ORDER OF DISMISSAL

This case is hereby dismissed in accordance with the Order Affirming the

Recommended Decision of the Magistrate Judge, entered on July 5, 2006, by District

Judge D. Brock Hornby.

/s/ D. Brock Hornby
D. Brock Hornby

Dated this 5th day of July, 2006          U.S. District Judge