**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **ARTHUR D'AMARIO III** | * | |
| | * | |
| **Plaintiff** | * | **CIVIL ACTION** |
| | * | **NO. 06-93-P-H** |
| | * | |
| **v.** | * | |
| | * | |
| **USA** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

## ORDER OF DISMISSAL

This case is hereby dismissed in accordance with the Order Affirming the Recommended Decision of the Magistrate Judge, entered on July 5, 2006, by District Judge D. Brock Hornby.

/s/ D. Brock Hornby
D. Brock Hornby
U.S. District Judge

Dated this 5th day of July, 2006