UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ARTHUR D'AMARIO III

v. C.A. No. 6-93-P-H

USA

MOTION FOR COA

CI No. 1:06-cv-00131-T-DLM

Pursuant to FRAP 22(b)(1), Petitioner moves for issuance of a Certificate of Appealability to argue on appeal that:

1) § 2255 was never available to him as a remedy because Judge DiClerico breached a duty to recuse to dismissed the action a day before he knew Petitioner would be indicted for allegedly threatening him;

2) The "innocent possession" defense came into existence by appellate caselaw subsequent to the 1999 trial;

3) If correctly computed, Petitioner's sentence has expired, making §§ 2241 and 2255 unavailable to him, so that coram nobis is an appropriate remedy;

4) Factual issues at the heart of all five claims must be resolved by an evidentiary hearing;

5) Claim V ("innocent possession") is supported by Dixon v. U.S., No. 5-7053 (U.S. June 22, 2006), which recognized a common law duress defense to federal firearms laws if proved by the accused.

6) At ¶4, Petitioner has demonstrated that the district court was conflicted and biased at every stage of proceedings, and that venue was improper since court personnel had an interest in his wrongful conviction and miscalculated jail credit. This claim necessitates fact-finding before a disinterested judge.

Petitioner therefore asks that a COA be allowed for review of all six issues.

Petitioner, pro se,
[signature] 7-14-06
Arthur D'Amario III

10