UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ARTHUR D'AMARIO III

v.

C.A. No. 6-93-P-H
R.I. No. 1:06-cv-00131-T-DLM

UNITED STATES

NOTICE OF APPEAL

Petitioner hereby appeals the Judgment entered July 5, 2006, to the First Circuit.

Petitioner, pro se,

Arthur D'Amario III
No. 02989-070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

Pursuant to FRAP 4(c)(1), I declare under penalty of perjury that on July 14, 2006, I deposited this Notice in a prison mailbox with a 39¢ stamp affixed to the envelope.

Executed on: July 14, 2006

petitioner, pro se