UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARTHUR D'AMARIO III | ) |
| | ) |
| v. | ) ME CIVIL NO. 06-93-P-H |
| | ) RI CIVIL NO. 1:06-CV-131-T-DLM |
| USA | ) |

### ORDER DENYING CERTIFICATE OF APPEALABILITY

On July 19, 2006, Plaintiff filed with this Court an application for certificate of appealability and a notice of appeal from this Court's July 5, 2006 Order.

It being the opinion of this Court that no substantial question would be presented for decision on appeal, the certificate of appealability is <u>DENIED</u>.   (F. R. App. P. 22(b)).

/s/D. Brock Hornby
United States District Judge

Dated: July 19, 2006.

ATTESTED COPY
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine.
Date filed: 7/20/06

WILLIAM S. BROWNELL, CLERK
By: [signature]
Dated: 7/20/06

## Notices

2:06-cv-00093-DBH D'AMARIO v. USA et al **CASE CLOSED on 07/05/2006**

**U.S. District Court**

**District of Maine**

Notice of Electronic Filing

The following transaction was received from jgw, entered on 7/20/2006 at 3:56 PM EST and filed on 7/20/2006
**Case Name:**   D'AMARIO v. USA et al
**Case Number:**   2:06-cv-93
**Filer:**
**WARNING: CASE CLOSED on 07/05/2006**
**Document Number:** 12

**Docket Text:**
NOTICE re [9] Notice of Appeal; this appeal will be processed and forwarded to the First Cicuit Court of Appeal by the District of Rhode Island. (jgw, )

The following document(s) are associated with this transaction:

**2:06-cv-93 Notice will be electronically mailed to:**

**2:06-cv-93 Notice will be delivered by other means to:**

ARTHUR D'AMARIO, III
02989-070
FEDERAL DETENTION CENTER
P.O. BOX 562
PHILADELPHIA, PA 19105

US DISTRICT COURT - RHODE ISLAND, CLERK
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
ONE EXCHANGE PLACE
119 FEDERAL BLDG & COURTHOUSE
PROVIDENCE, RI 2903