UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AUG 8 2006

July 28th, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***Arthur D'Amario III v. United States of America***
***USDC for the District of RI: CA06-131-T-DLM***
***USDC for the District of ME: CA06-93-P-H***

06-2175

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________
Ryan H. Jackson
DEPUTY CLERK

encl.: Order (12); Cert. Copy of the Docket

06-2175

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

August 9, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: *CA06-131T ARTHUR D'AMARIO, III V. UNITED STATES*

Dear Clerk:

treated as Supplemental

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

U.S. COURT OF APPEALS
RECEIVED
AUG 10 2006
FOR THE FIRST CIRCUIT

encl.: Appeal Cover Sheet; Certificate of Clerk; Complete Case File (Documents 12 and 13 already sent to USCA); Certified Docket.