CA:06-131
J. Hornby

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-2175

ARTHUR D'AMARIO, III,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

JUDGMENT

Entered: June 19, 2007

We have reviewed the parties' briefs and the record below. Essentially for the reasons stated in the recommended decision of the Magistrate Judge, dated May 31, 2006, that was adopted by the district court, we affirm the district court's Order of dismissal entered on July 5, 2006.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 10 2007

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: ______________________
Operations Manager.

[cc: Messrs: D'Amario and Lockhart]